No. 99–8812. MOORE *v.* GIBSON, WARDEN, C. A. 10th Cir. Certiorari denied.

No. 99–8813. STOKES *v.* CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–8816. PARK *v.* SHOSTROM ET AL. Sup. Ct. Ore. Certiorari denied.

No. 99–8825. SCHULTZ *v.* SONDALLE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–8830. BOWIE *v.* GIBSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–8832. WYATT *v.* CAREY ET AL. Ct. App. Tenn. Certiorari denied.

No. 99–8833. CAVE *v.* GARRITY ET AL. Sup. Ct. Va. Certiorari denied.

No. 99–8880. PENA *v.* LEOMBRUNI ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–8905. MCKINNEY *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 99–8911. MCKINLEY *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 99–8953. PAVEY *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 99–8995. RODRIGUES *v.* DEPARTMENT OF THE ARMY. C. A. 9th Cir. Certiorari denied.

No. 99–9000. MITCHELL *v.* SEABOLD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9002. HUGHES *v.* MILLS. C. A. 6th Cir. Certiorari denied.

No. 99–9007. CLARKE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.